# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D22-1251

———————————————————

ERVIN GRAS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

September 21, 2022

PER CURIAM.

    AFFIRMED.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Ervin Gras, pro se, Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.